Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

_____ Division

Oliver C. Brown
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

York county Prison in regards of Prime Care Medical C.O.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

FILED
SCRANTON
JUN 2 2 2018
PER _____
DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | York County Prison |
   | Street Address | 3400 Concord Rd |
   | City and County | York P.A. 17402 |
   | State and Zip Code | P.A. 17402 |
   | Telephone Number | |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    Defendant No. 1

        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

    Defendant No. 2

        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

    Defendant No. 3

        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

    Defendant No. 4

        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Medical

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Oliver C. Brown, is a citizen of the State of *(name)* UNIted States.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* York County Prison, is a citizen of the State of *(name)* UNITED STATE. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I went to a kidney appointment January 29, 2017 found out I had stage 4 kidney disease and was post to go back the following mouth. I receive a letter 4 mounths later stating why I have not been back for my appointment.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I think cause it is a serious matter concering my health I would like to get 25,000

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.    **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing: 6-20-2018

   Signature of Plaintiff    Oliver C. Brown
   Printed Name of Plaintiff    Oliver C. Brown

   B.    **For Attorneys**

   Date of signing: _____

   Signature of Attorney    _____
   Printed Name of Attorney    _____
   Bar Number    _____
   Name of Law Firm    _____
   Street Address    _____
   State and Zip Code    _____
   Telephone Number    _____
   E-mail Address    _____

Oliver C. Brown #NK6951
SCI-Camp Hill P.O. Box 200
Camp Hill, P.A. 17001-0200

INMATE MAIL

U.S. POSTAGE >> PITNEY BOWES
ZIP 17011 $ 000.47
0000345628 JUN 20 2018

Clerk of Court
235 North Washington Ave
P.O. Box 1148
Scranton P.A. 18501-1148

RECEIVED
SCRANTON
JUN 22 2018
PER _____
DEPUTY CLERK