# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVER C. BROWN | : CIVIL ACTION NO. 3:CV-18-1266 |
| Plaintiff | : |
| v. | : (Judge Munley) |
| PRIME CARE MEDICAL CO., *et al*, | : |
| Defendants | : |

FILED SCRANTON
OCT 15 2018
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 15th DAY OF OCTOBER, 2018**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2), is **GRANTED,** and the complaint is deemed filed.

2. The claims against Defendants, Dauphin County Prison Board and Prime Care Medical Inc., are **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

3. Plaintiff is afforded twenty-one (21) days from the date of this order to file an amended complaint.

4. The Clerk of Court is directed to send Plaintiff two (2) copies of this Court's civil rights complaint form which he shall use in preparing any amended complaint.

5. The amended complaint shall be complete, in and of itself, without reference to any prior filings.

6. The Plaintiff's amended complaint must specifically state which constitutional right he alleges the Defendant(s) have violated.

7. In accordance with Fed.R.Civ.P. 8(a), the Plaintiff's amended complaint shall set forth a short and plain statement of the grounds upon which the court's jurisdiction depends.

8. In accordance with Fed.R.Civ.P. 10(b), the Plaintiff's amended complaint shall be divided into separate numbered paragraphs, the contents of each of which shall be limited, as far as practicable, to a statement of a single set of circumstances.

9. In accordance with Fed.R.Civ.P. 8(d), each averment of the Plaintiff's complaint shall be simple, concise and direct.

10. The Plaintiff's amended compliant shall contain a short and plain statement of the claim for relief and a demand for a specific judgment.

11. Failure to file an amended petition will result in the dismissal of this action for failure to prosecute.

12. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Judge**